**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **YVONNE ALEXANDRIA WRAY,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 4:23-cv-00125-DEM** |
| **EQUIFAX INFORMATION SERVICES, LLC,** | |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

Plaintiff YVONNE ALEXANDRIA WRAY ("Ms. Wray"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Wray and EQUIFAX INFORMATION SERVICES, LLC. Ms. Wray and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Wray and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: July 23, 2024

Respectfully submitted,

**YVONNE ALEXANDRIA WRAY**

*/s/ Leonard A. Bennett*
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660 (telephone)
(757) 930-3662 (facsimile)
Email:  lenbennett@clalegal.com
*Counsel for Plaintiff*